IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN H. NORMAN, SR.,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 13-5133** |
| | : | |
| **LOWNHOME FINANCIAL HOLDINGS, LLC,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

   **AND NOW**, this 30th day of June, 2015, upon consideration of Defendant's "Motion for Summary Judgment" (Doc. No. 33), responses thereto and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED.**

   **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the Defendants. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

                    **BY THE COURT:**


                    /s/ Mitchell S. Goldberg
                    _____
                    **MITCHELL S. GOLDBERG, J.**